UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PROGRESSIVE MOUNTAIN INSURANCE COMPANY,<br>    Plaintiff,<br><br>vs.<br><br>JENNIFER BUTLER, KAMERON REDD, LESLEY ZEPEDA, SEBASTIAN MEDINA, and UNITED TELECOM SYSTEMS, LLC,<br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-00063-MLB |

## **DEFAULT JUDGMENT**

The defendant(s) LESLEY ZEPEDA, SEBASTIAN MEDINA, and UNITED TELECOM SYSTEMS, LLC, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Honorable Michael L. Brown, United States District Judge, by order of November 14, 2024, having directed that judgment issue in favor of plaintiff and against the defendant(s) LESLEY ZEPEDA, SEBASTIAN MEDINA, and UNITED TELECOM SYSTEMS, LLC, it is hereby

ORDERED AND ADJUDGED, that the plaintiff PROGRESSIVE MOUNTAIN INSURANCE COMPANY, recover from the defendant(s) LESLEY ZEPEDA, SEBASTIAN MEDINA, and UNITED TELECOM SYSTEMS, LLC, all appropriate litigation costs. Plaintiff has no duty to defend, indemnify, or otherwise pay these Defendants in connection with the underlying state-court lawsuit.

Dated at Atlanta, Georgia this 15th day of November, 2024.

KEVIN P. WEIMER CLERK OF COURT

Prepared, filed, and entered in
the Clerk's Office
November 15, 2024
Kevin P. Weimer
Clerk of Court

By:  s/Traci Clements Campbell
   Deputy Clerk

By:  s/Traci Clements Campbell
   Deputy Clerk